UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA FORD,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLINE CIRAOLO-KLEPPER et al.,<br><br>            Defendants. | No.  1:17-cv-00034-DAD-EPG<br><br>ORDER RELATING AND REASSIGNING CASES |
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MELBA FORD,<br><br>            Defendant. | No.  1:17-cv-00187-LJO-MJS<br><br> **New Case Number:**<br>1:17-cr-00187-DAD-EPG |

Review of the above-captioned action entitled *United States of America v. Melba Ford*, No. 1:17-cv-00187-LJO-MJS ("*Ford II*"), reveals it is related under this court's Local Rule 123 to the following action pending before the undersigned: *Melba Ford v. Caroline Ciraolo-Klepper et al.*, No. 1:17-cv-00034-DAD-EPG.  These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law.  In addition, the currently assigned district and magistrate judges in the *Ford II* action have not engaged in that matter in any substantial way.

1

1  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Erica P.
2  Grosjean will promote efficiency and economy for the court and parties.
3       An order relating cases under this court's Local Rule 123 merely assigns them to the same
4  district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing,
5  the court orders that the *Ford II* action is reassigned to U.S. District Judge Dale A. Drozd and
6  U.S. Magistrate Judge Erica P. Grosjean.  All documents filed in that action shall bear the new
7  case number:
8                          1:17-cv-00187-DAD-EPG
9  IT IS SO ORDERED.
10    Dated:  **March 17, 2017**                 /s/ Dale A. Drozd
11                                       UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28