# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELBA FORD,<br><br>    Defendants. | Case No. 1:17-cv-00187-DAD-EPG<br><br>**ORDER AFTER HEARING REGARDING DISCOVERY ISSUES**<br><br>(ECF Nos. 19, 21) |

The Court held a hearing on Defendant's Motions to Compel Discovery, (ECF Nos. 19, 21), on January 19, 2017. Defendant appeared *in propria person*, and Counsel Jonathan Hauck telephonically appeared on behalf of Plaintiff.

The Court and the parties discussed at length whether Plaintiff has any additional documents responsive to Defendant's requests. At the time, Plaintiff's counsel was unsure whether there were any additional documents that may be responsive to those requests, in part because Plaintiff's counsel had difficulty understanding the precise nature of the documents being requested and thus had not conducted a thorough search of documents prior to the hearing.

1

Without deciding the motions to compel, the Court ordered Plaintiff to determine whether additional documents may exist that could be covered by the requests, if broadly construed, and to state whether Plaintiff would voluntarily produce such documents.

Accordingly, for the reasons stated on the record, the Court directs Plaintiff to make the following supplemental submission:

By no later than two weeks from today,[1] Plaintiff shall describe whether any additional documents falling within the following categories exist and whether Plaintiff would voluntarily produce any such documents: (1) documents, if any, in hardcopy or electronic form, the IRS has related to the amounts currently owed by Plaintiff related to taxes due for the year 2003; (2) documents related to collection efforts already undertaken by Plaintiff that were applied to the 2003 return; (3) documents reflecting the legal basis for the government to collect such taxes, either through collection efforts undertaken or any further right to collection.[2]

Upon review of Plaintiff's submissions, the Court shall render a decision on the motions to compel in due course.

IT IS SO ORDERED.

Dated: **January 22, 2018**

/s/ Elvin P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff may request an extension of the deadline for good cause.
[2] Plaintiff has permission to include additional objections to producing any documents located, such as on the basis of the burden of production, but need not do so.